SOLOMON MAY, Respondent, *v.* THE CITY OF BROOKLYN, Appellant.

(Argued and decided October 24, 1893.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made July 1, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

*Ira Leo Bamberger* for respondent.

Appeal dismissed on argument.

---

JAMES M. JOHNSON et al., Appellants, *v.* HENRY W. BATES et al., Respondents.

(Argued October 4, 1893; decided October 24, 1893.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made July 12, 1892, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Ira Leo Bamberger* for appellants.

*F. H. Cowdrey* for respondents.

Agree to affirm on ground of revocation of will by subsequent marriage; no opinion.

All concur.

Judgment affirmed.